1

2

3

4

5        **IN THE UNITED STATES DISTRICT COURT**

6        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    JONATHAN BAILEY,                                    1:07-cv-1289 OWW NEW (TAG)

9            Plaintiff,

10        vs.                                           ORDER OF TRANSFER

11   JUDGE JULES E. FLEURET,

12           Defendant.

13   _____/

14        Plaintiff, a state prisoner proceeding pro se, has filed a civil complaint, which purports to allege

15   claims for libel, slander, malicious prosecution, and false imprisonment, but appears to be in the nature

16   of a civil rights action under 42 U.S.C. § 1983 or an appeal of plaintiff's criminal conviction.

17        The federal venue statute requires that a civil action, other than one based on diversity

18   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

19   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

20   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

21   situated, or (3) a judicial district in which any defendant may be found, if there is no district in which

22   the action may otherwise be brought." 28 U.S.C. § 1391(b).

23        In this case, although Plaintiff alleges diversity jurisdiction, both he and the Defendant are

24   California residents. Plaintiff is seeking monetary damages from the state court judge who presided over

25   his criminal trial and conviction, alleging that the judge acted maliciously and violated state law.

26   Plaintiff's criminal proceedings took place in San Bernardino County, which is in the Central District

27   of California. Therefore, the complaint should have been filed in the United States District Court for

28                                                      1

1    the Central District of California.  In the interest of justice, a federal court may transfer a case filed in

2    the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a);  <u>Starnes v. McGuire</u>, 512 F.2d 918,

3    932 (D.C. Cir. 1974).

4         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

5    District Court for the Central District of California.

6

7

8    IT IS SO ORDERED.

9    Dated:   **September 11, 2007**                             **/s/ Theresa A. Goldner**

10                                                       UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28